UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-98-FDW

| | |
|---|---|
| **TERRENCE JAVARR ROSS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **RANDY CONNER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

This matter is before the Court on Plaintiff's Motion Requesting Proof of Service, (Doc. No. 16). In support of his motion, Plaintiff states that he would like to be notified of proof of service when the named Defendants are served in this action. See Doc. No. 16.

Plaintiff's Motion Requesting Proof of Service, (Doc. No. 16), is **GRANTED** to the extent that the docket in this action will show when the U.S. Marshal has returned the summonses are either executed or unexecuted after attempting service on Defendants.

**IT IS SO ORDERED.**

Signed: November 24, 2014

Frank D. Whitney
Chief United States District Judge