UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-98-FDW

| | |
|---|---|
| TERRENCE JAVARR ROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RANDY CONNER, et al., ) | |
| ) | |
| Defendants. ) | |

UPON MOTION of Defendant Randy Conner, (Doc. No. 55), for an enlargement of time within which to respond to Plaintiff's First Request for Production of Documents, and for good cause shown,

IT IS HEREBY ORDERED that Defendant's motion is **GRANTED** nunc pro tunc. Defendant shall have until May 16, 2015, to respond to Plaintiff's First Request for Production of Documents.

Signed: May 13, 2015

Frank D. Whitney
Chief United States District Judge