UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-98-FDW

| | | |
|---|---|---|
| **TERRENCE JAVARR ROSS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RANDY CONNER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 1915(e)(1), **IT IS HEREBY ORDERED** that Joshua D. Lanning is appointed to serve as counsel for Plaintiff in this case.

_____
Frank D. Whitney
Chief United States District Judge